IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3095 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN FELICIANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

  This matter has been transferred from the Southern District of Illinois to this court and it has been assigned to me. A petition was filed and a warrant issued in Illinois prior to the transfer, but the defendant is in state custody in Nebraska.

  In order to avoid confusion, I directed the probation officer to prepare and submit a new petition seeking a new warrant. I am in receipt of those documents. I am now filing the new petition and ordering that a new warrant and a writ be issued. The new petition and warrant will take the place of the Illinois petition and warrant. In other words, the Illinois petition is dismissed without prejudice and the Illinois warrant is cancelled without prejudice.

  IT IS SO ORDERED.

  DATED this 28th day of September, 2012.

              BY THE COURT:

              *Richard G. Kopf*
              Senior United States District Judge