IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUAN FELICIANO,<br><br>           Defendant. | 4:12CR3095 AND<br>8:12CR348<br><br>ORDER TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY EXHIBITS<br>SHOULD NOT BE DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All exhibits from revocation hearing held 7/2/2013

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 23rd day of September, 2013.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge